NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARMANDO B. HIDALGO,    )
                       )
         Appellant,    )
                       )
v.                     )      Case No. 2D19-399
                       )
STATE OF FLORIDA,      )
                       )
         Appellee.     )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for DeSoto County; Don T. Hall,
Judge.

Armando B. Hidalgo, pro se.


PER CURIAM.

        Affirmed.  See State v. Drawdy, 136 So. 3d 1209 (Fla. 2014); State v. Meshell, 2 So. 3d 132 (Fla. 2009); Melvin v. State, 645 So. 2d 448 (Fla. 1994); Lindquist v. State, 155 So. 3d 1193 (Fla. 2d DCA 2014); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Carlyle v. State, 945 So. 2d 540 (Fla. 2d DCA 2006); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Vidak v. State, 793 So. 2d 27 (Fla. 2d DCA 2001); Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); Schwenn v. State, 898 So. 2d 1130 (Fla. 4th DCA 2005).

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.